

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 3:17-cr-__011__ |
| v. ) | |
| ) | False Statements in the Acquisition of |
| JAMES SCOTT ARMSTRONG, ) | Firearms |
| ) | 18 U.S.C. § 922(a)(6) |
| Defendant. ) | (Count 1) |
| ) | |
| ) | Unlawfully Cause Licensed Firearms |
| ) | Dealer to Maintain False Records |
| ) | 18 U.S.C. § 924(a)(1)(A) |
| ) | (Count 2) |
| ) | |
| ) | Possession of Firearms by Unlawful |
| ) | Drug User |
| ) | 18 U.S.C. § 922(g)(3) |
| ) | (Count 3) |
| ) | |

**INDICTMENT**
**JANUARY 2017 TERM - At Richmond, Virginia**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(False Statements in the Acquisition of Firearm)

On or about May 27, 2016, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, JAMES SCOTT ARMSTRONG, did knowingly make false and fictitious written statements, in the acquisition of firearms, to wit:

a KAHR model CW40, .40 caliber semi-automatic pistol, bearing serial number FF1752; and

a Taurus, model PT11 G2, 9mm caliber semi-automatic pistol, bearing serial number TJP14174, to a licensed firearms dealer, which statements were intended and likely to deceive the firearms dealer with respect to facts material to the lawfulness of the sale of the firearms, to wit: JAMES SCOTT ARMSTRONG stated that he was the actual buyer of the firearms indicated on the ATF Firearms Transaction Record, Form 4473, when in fact he was not the actual buyer and stated that he was not an unlawful user of, or addicted to any narcotic drug or other controlled substance, when in fact he was an unlawful user of controlled substances.

(In violation of Title 18, United States Code, Section 922(a)(6).)

## COUNT TWO
(Unlawfully Cause Licensed Firearms Dealer to Maintain False Records)

On or about May 27, 2016, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, JAMES SCOTT ARMSTRONG, did willfully and unlawfully cause a licensed firearms dealer to maintain false records concerning the disposition of certain firearms, to wit: the defendant, JAMES SCOTT ARMSTRONG, willfully made false statements with respect to the actual buyer and his unlawful use of controlled substances, information required to be kept in the records of a licensed firearms dealer, during the purchase of the following firearms:

a KAHR model CW40, .40 caliber semi-automatic pistol, bearing serial number FF1752; and

a Taurus, model PT11 G2, 9mm caliber semi-automatic pistol, bearing serial number TJP14174.

(In violation of Title 18, United States Code, Section 924(a)(1)(A)).

## COUNT THREE
(Possession of Firearms by Unlawful User of Controlled Substances)

On or about May 27, 2016, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, JAMES SCOTT ARMSTRONG, while being an unlawful user of controlled substances, did willfully and unlawfully possess the following firearms in and affecting interstate commerce:

a KAHR model CW40, .40 caliber semi-automatic pistol, bearing serial number FF1752; and

a Taurus, model PT11 G2, 9mm caliber semi-automatic pistol, bearing serial number TJP14174.

(In violation of Title 18, United States Code, Section 922(g)(3)).

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendant is hereby notified that upon conviction of any of the offenses alleged in Counts One, Two, or Three of this Indictment, the defendant shall forfeit to the United States all property constituting or derived from proceeds the defendants obtained, directly or indirectly, as a result of the violations and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, or involved in the commission of the offense, including all firearms and ammunition involved in or used in any knowing violation of the offenses charged. Property subject to forfeiture includes, but is not limited to:

a KAHR model CW40, .40 caliber semi-automatic pistol, bearing serial number FF1752; and

a Taurus, model PT11 G2, 9mm caliber semi-automatic pistol, bearing serial number TJP14174.

(In accordance with Title 18, United States Code, Section 924(d), incorporating Title 28, United States Code, Section 2461(c)).

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

_____
FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Olivia L. Norman
Assistant United States Attorney

-4-