# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. James Scott Armstrong            Docket No. 0422 3:17CR00011

### Petition for Action on Conditions of Pretrial Release

COMES NOW, BROOKE BABER, PROBATION OFFICER, presenting an official report upon the conduct of defendant James Scott Armstrong, who was placed under pretrial release supervision by the Honorable David J. Novak, United States Magistrate Judge sitting in the court at 701 East Broad Street, Richmond, VA 23219, on 1/31/17, under the following conditions:

*"The defendant must submit to supervision by and report for supervision to the Pretrial Services Office."*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant failed to report as required to the U.S. Probation Office. This officer has attempted to contact with defendant with no success.

PRAYING THAT THE COURT WILL ORDER A WARRANT be issued for the defendant and that the defendant's bond will be revoked for violating the conditions of his release.

**ORDER OF COURT**

Considered and ordered this 14th day of March, 2017 and ordered filed and made a part of the records in the above case.

/S/ David J. Novak
United States Magistrate Judge

David J. Novak
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: March 14, 2017

Brooke Baber
U.S. Probation Officer

Place: Richmond